

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC., ET AL.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On October 16, 2019 and October 18, 2019, we ordered appellant to pay the $205 filing fee for this appeal within 15 days of the date of our October 16, 2019 opinion and judgment. We also cautioned appellant that the failure to pay the filing fee would result in the dismissal of this appeal. On October 21, 2019, appellant filed a "Bill for Payment of $205 Appeal Fee" requesting this court's Taxpayer Identification Number and Employer Identification Number "in Order to make payment to" the court. On October 30, 2019, appellant filed a "Second Request of Bill for Payment of $205 Appeal Fee" requesting the same information.

Appellant does not require—and is not entitled to—the court's Taxpayer Identification Number or Employer Identification Number to pay the filing fee for this appeal. Accordingly, his request for that information is DENIED. Appellant is advised that no further requests for the court's Taxpayer Identification Number or Employer Identification Number will be considered.

**We ORDER appellant to pay the $205 filing fee for this appeal within 5 days of the date of this order**. **The failure to pay the filing fee in compliance with this order will result in the dismissal of this appeal**. TEX. R. APP. 5, 42.3.

ATTESTED TO: Michael A. Cruz,
Clerk of Court

PER CURIAM